**UNITED STATES** *versus* **JAMES MAY.** 

JOURNAL ENTRIES: (1) Oct. 6, 1815: transferred from record of clerk of "Supreme Court of the Territory of Michigan sitting as such"; (2) Oct. 7, 1815: declaration and plea filed, jury trial, verdict for plaintiff, judgment; (3) Oct. 10, 1815: motion for mitigation of penalties; (4) Oct. 14, 1815: testimony heard and ordered transmitted to Secretary of Treasury.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 45, case 464.
*File No.* . . . .

**UNITED STATES** *versus* **HENRY HUDSON.** 

JOURNAL ENTRIES: (1) Oct. 6, 1815: transferred from record of clerk of "Supreme Court of the Territory of Michigan sitting as such"; (2) Oct. 6, 1815: declaration and plea filed, jury trial, verdict subject to opinion of court on the law; (3) Oct. 7, 1815: law found for plaintiff, judgment; (4) Oct. 16, 1815: petition filed praying remission of penalties, testimony heard and ordered transmitted to Secretary of Treasury.
PAPERS IN FILE (1816): (1) Writ of fi. fa., return, receipt. Also see *Transactions 1814–1824*, I, 45, case 465.
*File No.* . . . .

**UNITED STATES** *versus* **CHRISTIAN CLEMENS.** 

JOURNAL ENTRIES: (1) Oct. 6, 1815: transferred from record of clerk of "Supreme Court of the Territory of Michigan sitting as such"; (2) Oct. 7, 1815: declaration and plea filed, jury trial, verdict for defendant, judgment; (3) Oct. 7, 1815: attendance of witnesses proved.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 66, case 517.
*File No.* . . . .